## Alvina Solton, Executrix of Last Will and Testament of Anna Zimmerman, Deceased, Appellant, v. Otto Baumgarth and Elsbeth Baumgarth. Otto Baumgarth, Appellee.

### Gen. No. 42,601.

opinion filed October 25, 1943. Otto C. Rentner and Kellam Foster, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.